UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| VERL JACK MANGRUM and TAMARA MANGRUM, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | NO. 3:12-cv-05013-RBL<br><br>STIPULATED MOTION AND ORDER FOR REMAND |

## I. RELIEF SOUGHT

The parties this action, by and through their respective counsel, stipulate and agree to the remand of the above-entitled action from the United States District Court – Western District of Washington at Tacoma to the Superior Court of the State of Washington in and for the County of Pierce.

## II. STIPULATED MOTION

Plaintiffs filed this case in Pierce County Superior Court on December 2, 2011. Defendant Foster Wheeler Energy Corporation ("Foster Wheeler") removed the case to this court on January 6, 2012 based on federal officer jurisdiction under 28 U.S.C. § 1442(a)(1).

STIPULATED MOTION AND ORDER FOR REMAND   -1-

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
Seattle, Washington  98109-0844
(206) 622-2655, (FAX) 684-6924

1  Subsequent to removal, Foster Wheeler conferred with counsel for the plaintiffs regarding the removal.  Foster Wheeler now wishes to place the case back into state court. Foster Wheeler therefore moves this court for remand of this matter to Pierce County Superior Court.

After agreeing with counsel for plaintiffs to move for remand, Foster Wheeler conferred with counsel for all defendants and has confirmed there is no opposition to this motion to remand, and that all parties stipulate to remand.

All parties stipulate that this motion is not based on the merits of Foster Wheeler's removal of the case to this court, and that the removal is sought without prejudice to any future removal action.  The parties do not intend for this motion or the requested remand to be binding upon any other party's right to remove the case or assert federal jurisdiction or federal defenses.

Dated this 18th day of January, 2012.

| /s/ Dirk Bernhardt | s/ |
|---|---|
| Dirk Bernhardt, WSBA #33071 | Benjamin Couture, WSBA #39304 |
| Murray Dunham & Murray | Brian D. Weinstein, WSBA #24497 |
| 200 West Thomas, Suite 350 | WEINSTEIN COUTURE PLLC |
| Seattle, Washington  98109 | 1001 Fourth Avenue, Suite 4400 |
| Telephone:    (206) 622-2655 | Seattle, WA  98154 |
| Facsmile:     (206) 684-6924 | service@weinsteincouture.com |
| dirk@murraydunham.com | *Counsel for Plaintiffs* |
| *Counsel to Foster Wheeler Energy Corporation* | |

| | |
|---|---|
| 1 | |
| 2 | *[signature]* for | *[signature]* for |
| 3 | Anne D. Foster, WSBA #30072 | Barry N. Mesher, WSBA #07845 |
| 4 | Dunn Carney Allen Higgins & Tongue, LLP | Brian Zeringer, WSBA #15566<br>Lane Powell PC |
| 5 | 851 SW 6th Ave., Suite 1500 | 1420 Fifth Avenue, Suite 4100 |
| 6 | Portland, OR  97204-1357<br>afoster@dunncarney.com | Seattle, WA  98101-2338<br>asbestos@lanepowell.com |
| 7 | asbestos@dunncarney.com<br>*Counsel to A.W. Chesterton Company* | *Counsel to Air & Liquid Systems Corp.; Crane Co.; Crown Cork & Seal Co. USA,* |
| 8 | | *Inc.; Georgia-Pacific Corp.; Schnieder* |
| 9 | | *Electric USA, Inc. a/k/a Square D Company* |
| 10 | *[signature]* for | *[signature]* for |
| 11 | Kevin C. Baumgardner, WSBA #14263 | Jeanne F. Loftis, WSBA #35355 |
| 12 | Steven Fogg, WSBA #23528<br>Patrick Jordan, WSBA # 40292 | Bullivant Houser Bailey PC<br>888 SW Fifth Avenue, Suite 300 |
| 13 | Corr Cronin Michelson Baumgardner & Preece | Portland, OR  97204-2089 |
| 14 | 1001 Fourth Avenue, Suite 3900 | asbestos-pdx@bullivant.com |
| 15 | Seattle WA  98154 | *Counsel to Aurora Pump Company* |
| 16 | asbestos@corrcronin.com<br>*Counsel to American Optical Corp.;* | |
| 17 | *Industrial Holding Corporation; Sequoia Ventures* | |
| 18 | *[signature]* for | *[signature]* for |
| 19 | | |
| 20 | Christine E. Dinsdale, WSBA #12622 | Richard D. Ross, WSBA #34502 |
| 21 | Soha & Lang<br>1325 Fourth Avenue, Suite 2000 | Betts, Patterson & Mines<br>701 Pike Street, Suite 1400 |
| 22 | Seattle, WA  98101-2570 | Seattle, WA  98101-3927 |
| 23 | asbestos@sohalang.com<br>dinsdale@sohalang.com | betts-asbestos@bpmlaw.com<br>*Counsel to Borgwarner Morse Tec Inc.* |
| 24 | *Counsel to BW/IP International, Inc.; Carver Pump Company; Flowserve* | |
| 25 | *Corporation f/k/a The Duriron Company; Flowserve Corporation as* | |
| 26 | *successor-in-interest to Durametallic Corporation; Goulds Pumps, Inc.* | |

1
2  _____ for       _____ for
3  Richard S. Lowell, WSBA #16364       Christopher Marks, WSBA #28634
4  Magnuson Lowell PS                   Eliot M. Harris, WSBA #36590
   16398 NE 85th Street, Suite 200      Rachel Tallon Reynolds, WSBA #38750
5  Redmond WA  98073                    Sedgwick LLP
   rick@magnusonlowell.com              520 Pike Tower, Suite 2200
6  *Counsel to Bridgestone/Firestone*   Seattle, WA 98101
7                                       chris.marks@sedgwicklaw.com
                                        eliot.harris@sedgwicklaw.com
8                                       *Counsel to CBS Corp.; General Electric
                                        Company; Gordan-Rupp Co.*
9
10 _____ for       _____ for
11
12 Michael Jaeger, WSBA #23166          Diane Kero, WSBA #11874
   Wilson, Smith, Cochran & Dickerson   Gordon Thomas Honeywell et al
13 1215 Fourth Avenue, Suite 1700       One Union Square
   Seattle, WA  98161-1007              600 University, Suite 2101
14 carrier-asbestos@wscd.com            Seattle, WA  98101-4185
15 jaeger@wscd.com                      Dkero@gth-law.com
   *Counsel to Carrier Corporation*     service@gth-law.com
16                                      *Counsel to Certainteed Corporation; Dana
                                        Corporation; Union Carbide Corporation*
17
18 _____ **for**   _____ for
19
20 Timothy K. Thorson, WSBA #12860      Melissa K. Roeder, WSBA #30836
   Carney Badley Spellman, P.S.         Forsberg & Umlauf
21 701 Fifth Avenue, Suite 3600         901 Fifth Avenue, Suite 1400
   Seattle, WA  98104-7010              Seattle, WA  98164
22 thorson@carneylaw.com;               asbestos3@forsberg-umlauf.com
23 berman@carneylaw.com                 *Counsel to Cutler-Hammer, Inc.; Eaton
   *Counsel to Cleaver-Brooks, Inc.;    Corporation; William Powell Company*
24 Saberhagen Holdings, Inc.*
25
26



*[signature] for*
Randy Aliment, WSBA #11440
Williams, Kastner & Gibbs
601 Union St., Suite 4100
P.O. Box 21926
Seattle, WA  98111-3926
raliment@williamskastner.com
*Counsel to Flowserve US, Inc.*

*[signature] for*
Mark J. Fucile, WSBA #23736
Fucile & Riesing LLP
Portland Union Station
800 NW Sixth Avenue, Suite 211
Portland, OR 97209-3783
mark@frllp.com
*Counsel to Ford Motor Company*

*[signature] for*
Ronald Gardner, WSBA #9270
Gardner Trabolsi & Associates
2200 Sixth Avenue, Suite 600
Seattle, Washington  98121
rgardner@gardnerbond.com
asbestos@gardnerbond.com
*Counsel to The Goodyear Tire & Rubber Co.; Viad Corporation; Yarway Corp.*

*[signature] for*
Howard (Terry) Hall, WSBA #10905
Wolfstone, Panchot & Bloch
1111 Third Avenue, Suite 1800
Seattle, Washington  98101
asbestos@wpblaw.com
*Counsel to Lone Star Industries, Inc.*

*[signature] for*
James H. Gidley, WSBA #17000
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
JGidley@perkinscoie.com
HW_Asbestos_SEA@perkinscoie.com
*Counsel to Honeywell International, Inc.*

*[signature] for*
James Horne, WSBA #12166
Gordon Thomas Honeywell Malanca Peterson & Daheim
600 University, Suite 100
Seattle, WA  98101
IMOservice@gth-law.com
*Counsel to IMO Industies Inc.*

*[signature] for*
Mark Tuvim, WSBA #31909
Kevin Craig, WSBA #29932
Gordon & Rees, LLP
701 Fifth Avenue, Suite 2130
Seattle, WA  98104
mtuvim@gordonrees.com
kcraig@gordonrees.com
tbarrington@gordonrees.com
*Counsel to Ingersoll-Rand Co.; ITT Corp.; Trane U.S., Inc.; Velan Valve*

*[signature] for*
Jeff Wolf, WSBA #20107
Williams, Kastner & Gibbs
601 Union St., Suite 4100
P.O. Box 21926
Seattle, WA  98111-3926
jwolf@williamskastner.com
*Counsel to Kaiser Gypsum Company, Inc.*

| | | |
|---|---|---|
| 1 | | |
| 2 | **s/**_____ | **s/**_____ |
| | Katherine M. Steele, WSBA #11927 | Richard Gawlowski, WSBA #19713 |
| 3 | Stafford Frey Cooper | Wilson, Smith, Cochran & Dickerson |
| 4 | Two Union Square | 1215 Fourth Avenue, Suite 1700 |
| | 601 Union St., Suite 3100 | Seattle, WA  98161 |
| 5 | Seattle, WA  98101 | MetLifeAsbestos@wscd.com |
| 6 | asbestos@staffordfrey.com | *Counsel to Metropolitan Life Insurance* |
| | *Counsel to Metalclad Insulation* | *Company* |
| 7 | *Corporation; Sterling Fluid Systems* | |
| | *(USA), LLC* | |
| 8 | | |
| 9 | **s/**_____ | **s/**_____ |
| | Kathleen Stimeling, WSBA #42341 | Dana C. Hoerschelmann, WSBA #31648 |
| 10 | Schiff Hardin LLP | Thorsrud, Cane & Paulich |
| 11 | 1 Market Plaza, Floor 32 | 1325 Fourth Avenue, Suite 1350 |
| | San Francisco, CA  94105 | Seattle, WA  98101 |
| 12 | calendar@schiffhardin.com | dhoerschelmann@tcplaw.com |
| | kstimeling@schiffharding.com | *Counsel to Weir  Valves & Controls USA,* |
| 13 | *Counsel to Owens-Illinois, Inc.* | *Inc. d/b/a Atwood & Morrill* |
| 14 | | |
| 15 | **s/**_____ | **s/**_____ |
| | James M. Shaker, WSBA #13355 | Rod Umberger, WSBA #24948 |
| 16 | Ryan, Swanson & Cleveland | Williams, Kastner & Gibbs |
| 17 | 1201 Third Avenue, Suite 3400 | 601 Union St., Suite 4100 |
| | Seattle, WA  98101-3034 | P.O. Box 21926 |
| 18 | RSCPneumo@ryanlaw.com | Seattle, WA  98111-3926 |
| | *Counsel to Pneumo Abex Corporation* | rumberger@williamskastner.com |
| 19 | | *Counsel to Riley Power, Inc.* |
| 20 | | |
| 21 | **s/**_____ | **s/**_____ |
| 22 | Randal Johnson, WSBA #24556 | Jan Brucker, WSBA #12160 |
| | Badgley – Mullins, Law Group PLLC | Jackson Jenkins Renstrom LLP |
| 23 | 701 Fifth Avenue, Suite 4750 | 701 Fifth Ave., Suite 4200 |
| | Seattle, Washington  98104 | Seattle, WA  98104 |
| 24 | asbestos@badgleymullins.com | jbrucker@jir-law.com |
| 25 | *Counsel to Rockwell Automation, Inc.* | *Counsel to Viking Pump, Inc.* |
| 26 | | |

STIPULATED MOTION AND ORDER FOR REMAND   -6-

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
Seattle, Washington  98109-0844
(206) 622-2655, (FAX) 684-6924

1
2   _____ for
3   J. Michael Mattingly, WSBA #33452
4   Jason Daywitt, WSBA #31959
    Rizzo Mattingly Bosworth PC
5   411 SW 2nd Avenue, Suite 200
    Portland, OR  97204
6   recordsmanagement@rizzopc.com
7   *Counsel to Warren Pumps, Inc.;
    Gardner Denver*
8

### III.  ORDER

The Court, having considered the stipulation by the parties and being fully advised in the premises, NOW THEREFORE, HERBY ORDERS that the above-entitled action be remanded back to the Superior Court of the State of Washington in and for the County of Pierce.

DONE IN OPEN COURT this 23rd day of January, 2012.


_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Dirk Bernhardt
Dirk Bernhardt, WSBA #33071
Murray Dunham & Murray
200 West Thomas, Suite 350
Seattle, Washington  98109

1  Telephone: (206) 622-2655
2  Facsmile: (206) 684-6924
   dirk@murraydunham.com
3  *Of attorneys for Defendant Foster*
4  *Wheeler Energy Corporation*

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATED MOTION AND ORDER FOR REMAND   -8-

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
Seattle, Washington  98109-0844
(206) 622-2655, (FAX) 684-6924