UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| VERL JACK MANGRUM and TAMARA MANGRUM, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | NO. 3:12-cv-05013-RBL<br><br>STIPULATED MOTION AND ORDER FOR REMAND |

## I. **RELIEF SOUGHT**

The parties this action, by and through their respective counsel, stipulate and agree to the remand of the above-entitled action from the United States District Court – Western District of Washington at Tacoma to the Superior Court of the State of Washington in and for the County of Pierce.

## II. **STIPULATED MOTION**

Plaintiffs filed this case in Pierce County Superior Court on December 2, 2011. Defendant Foster Wheeler Energy Corporation ("Foster Wheeler") removed the case to this court on January 6, 2012 based on federal officer jurisdiction under 28 U.S.C. § 1442(a)(1).

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
Seattle, Washington 98109-0844
(206) 622-2655, (FAX) 684-6924

Subsequent to removal, Foster Wheeler conferred with counsel for the plaintiffs regarding the removal. Foster Wheeler now wishes to place the case back into state court. Foster Wheeler therefore moves this court for remand of this matter to Pierce County Superior Court.

After agreeing with counsel for plaintiffs to move for remand, Foster Wheeler conferred with counsel for all defendants and has confirmed there is no opposition to this motion to remand, and that all parties stipulate to remand.

All parties stipulate that this motion is not based on the merits of Foster Wheeler's removal of the case to this court, and that the removal is sought without prejudice to any future removal action. The parties do not intend for this motion or the requested remand to be binding upon any other party's right to remove the case or assert federal jurisdiction or federal defenses.

Dated this 18th day of January, 2012.

| | |
|---|---|
| /s/ Dirk Bernhardt | s/_____ |
| Dirk Bernhardt, WSBA #33071 | Benjamin Couture, WSBA #39304 |
| Murray Dunham & Murray | Brian D. Weinstein, WSBA #24497 |
| 200 West Thomas, Suite 350 | WEINSTEIN COUTURE PLLC |
| Seattle, Washington 98109 | 1001 Fourth Avenue, Suite 4400 |
| Telephone: (206) 622-2655 | Seattle, WA 98154 |
| Facsmile: (206) 684-6924 | service@weinsteincouture.com |
| dirk@murraydunham.com | *Counsel for Plaintiffs* |
| *Counsel to Foster Wheeler Energy Corporation* | |

| | |
|---|---|
| _____ for<br>Anne D. Foster, WSBA #30072<br>Dunn Carney Allen Higgins & Tongue, LLP<br>851 SW 6th Ave., Suite 1500<br>Portland, OR  97204-1357<br>afoster@dunncarney.com<br>asbestos@dunncarney.com<br>*Counsel to A.W. Chesterton Company* | _____ for<br>Barry N. Mesher, WSBA #07845<br>Brian Zeringer, WSBA #15566<br>Lane Powell PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA  98101-2338<br>asbestos@lanepowell.com<br>*Counsel to Air & Liquid Systems Corp.; Crane Co.; Crown Cork & Seal Co. USA, Inc.; Georgia-Pacific Corp.; Schnieder Electric USA, Inc. a/k/a Square D Company* |
| _____ for<br>Kevin C. Baumgardner, WSBA #14263<br>Steven Fogg, WSBA #23528<br>Patrick Jordan, WSBA # 40292<br>Corr Cronin Michelson Baumgardner & Preece<br>1001 Fourth Avenue, Suite 3900<br>Seattle WA  98154<br>asbestos@corrcronin.com<br>*Counsel to American Optical Corp.; Industrial Holding Corporation; Sequoia Ventures* | _____ for<br>Jeanne F. Loftis, WSBA #35355<br>Bullivant Houser Bailey PC<br>888 SW Fifth Avenue, Suite 300<br>Portland, OR  97204-2089<br>asbestos-pdx@bullivant.com<br>*Counsel to Aurora Pump Company* |
| _____ for<br>Christine E. Dinsdale, WSBA #12622<br>Soha & Lang<br>1325 Fourth Avenue, Suite 2000<br>Seattle, WA  98101-2570<br>asbestos@sohalang.com<br>dinsdale@sohalang.com<br>*Counsel to BW/IP International, Inc.; Carver Pump Company; Flowserve Corporation f/k/a The Duriron Company; Flowserve Corporation as successor-in-interest to Durametallic Corporation; Goulds Pumps, Inc.* | _____ for<br>Richard D. Ross, WSBA #34502<br>Betts, Patterson & Mines<br>701 Pike Street, Suite 1400<br>Seattle, WA  98101-3927<br>betts-asbestos@bpmlaw.com<br>*Counsel to Borgwarner Morse Tec Inc.* |

| | |
|---|---|
| _____ for <br> Richard S. Lowell, WSBA #16364 <br> Magnuson Lowell PS <br> 16398 NE 85th Street, Suite 200 <br> Redmond WA 98073 <br> rick@magnusonlowell.com <br> *Counsel to Bridgestone/Firestone* | _____ for <br> Christopher Marks, WSBA #28634 <br> Eliot M. Harris, WSBA #36590 <br> Rachel Tallon Reynolds, WSBA #38750 <br> Sedgwick LLP <br> 520 Pike Tower, Suite 2200 <br> Seattle, WA 98101 <br> chris.marks@sedgwicklaw.com <br> eliot.harris@sedgwicklaw.com <br> *Counsel to CBS Corp.; General Electric Company; Gordan-Rupp Co.* |
| _____ for <br> Michael Jaeger, WSBA #23166 <br> Wilson, Smith, Cochran & Dickerson <br> 1215 Fourth Avenue, Suite 1700 <br> Seattle, WA 98161-1007 <br> carrier-asbestos@wscd.com <br> jaeger@wscd.com <br> *Counsel to Carrier Corporation* | _____ for <br> Diane Kero, WSBA #11874 <br> Gordon Thomas Honeywell et al <br> One Union Square <br> 600 University, Suite 2101 <br> Seattle, WA 98101-4185 <br> Dkero@gth-law.com <br> service@gth-law.com <br> *Counsel to Certainteed Corporation; Dana Corporation; Union Carbide Corporation* |
| _____ **for** <br> Timothy K. Thorson, WSBA #12860 <br> Carney Badley Spellman, P.S. <br> 701 Fifth Avenue, Suite 3600 <br> Seattle, WA 98104-7010 <br> thorson@carneylaw.com; <br> berman@carneylaw.com <br> *Counsel to Cleaver-Brooks, Inc.; Saberhagen Holdings, Inc.* | _____ for <br> Melissa K. Roeder, WSBA #30836 <br> Forsberg & Umlauf <br> 901 Fifth Avenue, Suite 1400 <br> Seattle, WA 98164 <br> asbestos3@forsberg-umlauf.com <br> *Counsel to Cutler-Hammer, Inc.; Eaton Corporation; William Powell Company* |

_[signature]_ for  
Randy Aliment, WSBA #11440  
Williams, Kastner & Gibbs  
601 Union St., Suite 4100  
P.O. Box 21926  
Seattle, WA 98111-3926  
raliment@williamskastner.com  
*Counsel to Flowserve US, Inc.*

_[signature]_ for  
Mark J. Fucile, WSBA #23736  
Fucile & Riesing LLP  
Portland Union Station  
800 NW Sixth Avenue, Suite 211  
Portland, OR 97209-3783  
mark@frllp.com  
*Counsel to Ford Motor Company*

_[signature]_ for  
Ronald Gardner, WSBA #9270  
Gardner Trabolsi & Associates  
2200 Sixth Avenue, Suite 600  
Seattle, Washington 98121  
rgardner@gardnerbond.com  
asbestos@gardnerbond.com  
*Counsel to The Goodyear Tire & Rubber Co.; Viad Corporation; Yarway Corp.*

_[signature]_ for  
Howard (Terry) Hall, WSBA #10905  
Wolfstone, Panchot & Bloch  
1111 Third Avenue, Suite 1800  
Seattle, Washington 98101  
asbestos@wpblaw.com  
*Counsel to Lone Star Industries, Inc.*

_[signature]_ for  
James H. Gidley, WSBA #17000  
Perkins Coie LLP  
1201 Third Avenue, Suite 4800  
Seattle, WA 98101-3099  
JGidley@perkinscoie.com  
HW_Asbestos_SEA@perkinscoie.com  
*Counsel to Honeywell International, Inc.*

_[signature]_ for  
James Horne, WSBA #12166  
Gordon Thomas Honeywell Malanca Peterson & Daheim  
600 University, Suite 100  
Seattle, WA 98101  
IMOservice@gth-law.com  
*Counsel to IMO Industies Inc.*

_[signature]_ for  
Mark Tuvim, WSBA #31909  
Kevin Craig, WSBA #29932  
Gordon & Rees, LLP  
701 Fifth Avenue, Suite 2130  
Seattle, WA 98104  
mtuvim@gordonrees.com  
kcraig@gordonrees.com  
tbarrington@gordonrees.com  
*Counsel to Ingersoll-Rand Co.; ITT Corp.; Trane U.S., Inc.; Velan Valve*

_[signature]_ for  
Jeff Wolf, WSBA #20107  
Williams, Kastner & Gibbs  
601 Union St., Suite 4100  
P.O. Box 21926  
Seattle, WA 98111-3926  
jwolf@williamskastner.com  
*Counsel to Kaiser Gypsum Company, Inc.*

STIPULATED MOTION AND ORDER FOR REMAND -5-

MURRAY, DUNHAM & MURRAY  
ATTORNEYS AT LAW  
Post Office Box 9844  
Seattle, Washington 98109-0844  
(206) 622-2655, (FAX) 684-6924

| | |
|---|---|
| 1 | |
| 2 | s/ <br> Katherine M. Steele, WSBA #11927 <br> Stafford Frey Cooper <br> Two Union Square <br> 601 Union St., Suite 3100 <br> Seattle, WA 98101 <br> asbestos@staffordfrey.com <br> *Counsel to Metalclad Insulation Corporation; Sterling Fluid Systems (USA), LLC* | s/ <br> Richard Gawlowski, WSBA #19713 <br> Wilson, Smith, Cochran & Dickerson <br> 1215 Fourth Avenue, Suite 1700 <br> Seattle, WA 98161 <br> MetLifeAsbestos@wscd.com <br> *Counsel to Metropolitan Life Insurance Company* |

**2–7**

s/
Katherine M. Steele, WSBA #11927
Stafford Frey Cooper
Two Union Square
601 Union St., Suite 3100
Seattle, WA 98101
asbestos@staffordfrey.com
*Counsel to Metalclad Insulation Corporation; Sterling Fluid Systems (USA), LLC*

s/
Richard Gawlowski, WSBA #19713
Wilson, Smith, Cochran & Dickerson
1215 Fourth Avenue, Suite 1700
Seattle, WA 98161
MetLifeAsbestos@wscd.com
*Counsel to Metropolitan Life Insurance Company*

**9–13**

s/
Kathleen Stimeling, WSBA #42341
Schiff Hardin LLP
1 Market Plaza, Floor 32
San Francisco, CA 94105
calendar@schiffhardin.com
kstimeling@schiffharding.com
*Counsel to Owens-Illinois, Inc.*

s/
Dana C. Hoerschelmann, WSBA #31648
Thorsrud, Cane & Paulich
1325 Fourth Avenue, Suite 1350
Seattle, WA 98101
dhoerschelmann@tcplaw.com
*Counsel to Weir Valves & Controls USA, Inc. d/b/a Atwood & Morrill*

**15–19**

s/
James M. Shaker, WSBA #13355
Ryan, Swanson & Cleveland
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
RSCPneumo@ryanlaw.com
*Counsel to Pneumo Abex Corporation*

s/
Rod Umberger, WSBA #24948
Williams, Kastner & Gibbs
601 Union St., Suite 4100
P.O. Box 21926
Seattle, WA 98111-3926
rumberger@williamskastner.com
*Counsel to Riley Power, Inc.*

**21–25**

s/
Randal Johnson, WSBA #24556
Badgley – Mullins, Law Group PLLC
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
asbestos@badgleymullins.com
*Counsel to Rockwell Automation, Inc.*

s/
Jan Brucker, WSBA #12160
Jackson Jenkins Renstrom LLP
701 Fifth Ave., Suite 4200
Seattle, WA 98104
jbrucker@jir-law.com
*Counsel to Viking Pump, Inc.*

_____ for
J. Michael Mattingly, WSBA #33452
Jason Daywitt, WSBA #31959
Rizzo Mattingly Bosworth PC
411 SW 2nd Avenue, Suite 200
Portland, OR 97204
recordsmanagement@rizzopc.com
*Counsel to Warren Pumps, Inc.;
Gardner Denver*

### III. ORDER

The Court, having considered the stipulation by the parties and being fully advised in the premises, NOW THEREFORE, HERBY ORDERS that the above-entitled action be remanded back to the Superior Court of the State of Washington in and for the County of Pierce.

DONE IN OPEN COURT this 23rd day of January, 2012.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Dirk Bernhardt
Dirk Bernhardt, WSBA #33071
Murray Dunham & Murray
200 West Thomas, Suite 350
Seattle, Washington 98109

| | |
|---|---|
| 1 | Telephone: (206) 622-2655 |
| 2 | Facsmile: (206) 684-6924 |
| | dirk@murraydunham.com |
| 3 | *Of attorneys for Defendant Foster* |
| 4 | *Wheeler Energy Corporation* |

STIPULATED MOTION AND ORDER FOR REMAND -8-

MURRAY, DUNHAM & MURRAY
ATTORNEYS AT LAW
Post Office Box 9844
Seattle, Washington 98109-0844
(206) 622-2655, (FAX) 684-6924